1 | DANIEL J. BRODERICK, Bar #89424
  | Federal Defender
2 | CARO MARKS, Bar #159267
  | Designated Counsel for Service
3 | 801 I Street, 3rd Floor
  | Sacramento, California 95814
4 | Telephone: (916) 498-5700

5

  | Attorney for Defendant
6 | CARLOS ALBARRAN-MONTES

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,          ) No. CR-S-09-448 WBS
   |                                    )
13 |                Plaintiff,          )
   |                                    ) STIPULATION AND ORDER TO CONTINUE
14 |     v.                             ) STATUS CONFERENCE
   |                                    )
15 | CARLOS ALBARRAN-MONTES,            )
   |                                    ) Date:  December 14, 2010
16 |                Defendant.          ) Time:  8:30 a.m.
   |                                    ) Judge: Hon. William B. Shubb
17 | _____    )

18 |     It is hereby stipulated between the parties, Michael Anderson,
19 | Assistant United States Attorney, attorney for Plaintiff, and Caro
20 | Marks, attorney for defendant Carlos Albarran-Montes, as follows:
21 |     The Status Conference date of December 7, 2009, should be
22 | continued until December 14, 2009.
23 |     The reason for the continuance is that defense counsel just
24 | received the pre-plea PSR and plea agreement and needs additional time
25 | to review them with the defendant.
26 |     IT IS STIPULATED that the period from the date of this
27 | Stipulation up to and including December 14, 2009, be excluded in
28 | computing the time within which trial must commence under the Speedy

1  Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local
2  Code T4, to permit necessary preparation by defense counsel.

4  Dated:   December 3, 2009
5                                          Respectfully submitted,
6                                          DANIEL BRODERICK
                                           Federal Defender

8                                          /s/ Caro Marks
                                           _____
9                                          CARO MARKS
                                           Assistant Federal Defender
10                                         Attorney for Defendant
                                           CARLOS ALBARRAN-MONTES

12 Dated:   December 3, 2009
13                                         BENJAMIN WAGNER
                                           United States Attorney

15                                         /s/ Michael Anderson
                                           _____
16                                         MICHAEL ANDERSON
                                           Assistant U.S. Attorney

18                                **ORDER**

20         UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
21 ordered that the hearing presently set for December 7, 2009, be
22 continued to December 14, 2009, at 8:30 a.m.  Based on the
23 representations of defense counsel and good cause appearing therefrom,
24 the Court hereby finds that the failure to grant a continuance in this
25 case would deny defense counsel reasonable time necessary for effective
26 preparation, taking into account the exercise of due diligence.  The
27 Court finds that the ends of justice to be served by granting a
28 continuance outweigh the best interests of the public and the defendant

Albarran s/o                          -2-

1  in a speedy trial.  It is ordered that time from the date of this
2  stipulation to and including the December 14, 2009, status conference
3  shall be excluded from computation of time within which the trial of
4  this matter must be commenced under the Speedy Trial Act pursuant to 18
5  U.S.C. § 3161(h)(7)(A) & (B)(iv), to allow defense counsel time to
6  prepare.
7      **IT IS SO ORDERED**.

Dated:   December 4, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Albarran s/o                          -3-