DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #15926
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS ALBARRAN-MONTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-448 WBS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~]ORDER |
| CARLOS ALBARRAN-MONTES, ) | Date: March 22, 2010 |
| Defendant. ) | Time: 8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

It is hereby stipulated between the parties, Assistant United States Attorney Michael Anderson, and Assistant Federal Defender Caro Marks, attorney for defendant Carlos Albarran-Montes, as follows:

The status conference hearing date of February 22, 2010, should be continued until March 22, 2010.

The reason for the continuance is to allow additional time for the defense to receive documents pertinent to the defendant's criminal history, and to permit defense counsel to meet with Probation about its

scoring of a specific conviction in the defendant's criminal history. Due to trial and other obligations, defense counsel has been unable to accomplish this task until now.

Therefore, IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including March 22, 2010 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:   February 17, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
CARLOS ALBARRAN-MONTES

Dated: February 17, 2010

BENJAMIN WAGNER
United States Attorney

/s/ Michael Anderson
_____
MICHAEL ANDERSON
Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 22, 2010 status conference be continued to March 22, 2010 at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense

counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the status conference on March 22, 2010 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 19, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE