DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #15926
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CARLOS ALBARRAN-MONTES


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-448 WBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~]ORDER |
| ) | |
| CARLOS ALBARRAN-MONTES, ) | |
| ) | Date:  April 26, 2010 |
| Defendant. ) | Time:  8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

    It is hereby stipulated between the parties, Assistant United States Attorney Michael Anderson, and Assistant Federal Defender Caro Marks, attorney for defendant Carlos Albarran-Montes, as follows:

    The change of plea hearing date of April 19, 2010, should be continued until April 26, 2010 at 8:30 a.m.

    The reason for the continuance is that the defendnat has now had a second consultation with another attorney.  He also has given undersigned defense counsel information about his family members and

1  plans for his relocation to Mexico that might affect the plea agreement
2  and his sentence. As defense counsel has an important medical
3  appointment on April 19, the parties agree and stipulate to continue
4  the hearing to April 26, 2010 for change of plea and entry of judgment.
5  Defense counsel needs the additional time to interview defendant's
6  family members and then discuss an alternate result with the
7  government.
8      Therefore, IT IS STIPULATED between the parties that the time
9  period between the signing of this Order up to and including April 26,
10 2010 be excluded in computing the time within which trial must commence
11 under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
12 (B)(iv) and Local Code T4, for ongoing preparation of counsel.

14 Dated: April 14, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
CARLOS ALBARRAN-MONTES

20 Dated: April 14, 2010

BENJAMIN WAGNER
United States Attorney

/s/ Michael Anderson
_____
MICHAEL ANDERSON
Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 19, 2010 change of plea hearing be continued to April 26, 2010 at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the change of plea hearing on April 26, 2010 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: April 16, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE